JS 44 (Rev. 06)

# CIVIL COVER SHEET

17-CV-3854

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Franklyn Ramlochan

**DEFENDANTS**
Raliserve, Inc.

**(b)** County of Residence of First Listed Plaintiff   New Castle, DE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott M. Pollins, Pollins Law, 800 Westdale Ave., Swarthmore, PA 19081, 610-896-9909

Attorneys *(If Known)*
Paul R. Klein, Thompson Coburn LLP

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
      Plaintiff

☒ 3   Federal Question
      *(U.S. Government Not a Party)*

☐ 2   U.S. Government
      Defendant

☐ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                *and One Box for Defendant)*

|                                          | PTF | DEF |                                                              | PTF | DEF |
|------------------------------------------|-----|-----|--------------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State   | ☐ 4 | ☐ 4 |
| Citizen of Another State                 | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                               | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     Another District
     *(specify)*

☐ 6 Multidistrict
     Litigation -
     Transfer

☐ 8 Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII, 42 USC Section 1981
Brief description of cause:
Wrongful termination due to race/color/ethnicity discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ Unliquidated

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE  8/28/17
AUG 28 2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AUG 28 2017

**UNITED STATES DISTRICT COURT**                    17    3854

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _21 Beacon Lane, New Castle, DE  19720_

Address of Defendant: _1691 Phoenix Blvd. Ste. 250, Atlanta, GA  30349_

Place of Accident, Incident or Transaction: _Eddystone, Delaware County, PA_
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐   No☑

Does this case involve multidistrict litigation possibilities?          Yes☐   No☑

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

I, _Scott M. Pollins_, counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: _8/28/17_          _____          PA 76334
                         Attorney-at-Law          Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _8/28/17_          _____          PA 76334
                         Attorney-at-Law          Attorney I.D.#

                         AUG 28 2017

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

*Franklyn Ramlochan*                    :                    CIVIL ACTION

*Railserve, Inc.* v.                    :

                    :                    NO.  17  3854

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

___8/28/17___          ___Scott M. Pollins___          ___Plaintiff Franklyn Ramlochan___
**Date**                    **Attorney-at-law**                    **Attorney for**

___610-896-9909___          ___610-896-9910___          ___Scott@pollinslaw.com___

**Telephone**                    **FAX Number**                    **E-Mail Address**

(Civ. 660) 10/02

AUG 28 2017



$400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLYN RAMLOCHAN
   Plaintiff   :

         :

   v.       :

RAILSERVE, INC.    :
   Defendant

CIVIL ACTION NO. **17     3854**

**JURY TRIAL DEMANDED**

### COMPLAINT

### I.  INTRODUCTION

1. Plaintiff, Franklyn Ramlochan (Ramlochan), brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.*, as amended by the Civil Rights Act of 1991 (Title VII), 42 U.S.C. § 1981 and the Civil Rights Act of 1866 (Section 1981) and the Pennsylvania Human Relations Act, 43 Pa.C.S.A. § 951 *et seq.* (PHRA). Ramlochan seeks back pay, front pay, loss of benefits, compensatory and punitive damages, interest, costs, negative tax consequence damages, injunctive and declaratory relief and attorneys' fees from Defendant, Railserve, Inc. (Railserve).

### II.  JURISDICTION AND VENUE

2. This Court has jurisdiction over Ramlochan's federal claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(4) and 42 U.S.C. § 2000e-5(f). Furthermore, this Court has jurisdiction over Ramlochan's state law claim pursuant to 28 U.S.C. § 1367(a).

3. Ramlochan has exhausted all remedies available to him as set forth in Title VII and the PHRA, by filing a timely charge of employment discrimination with the Pa. Human Relations Commission, which charged was dual filed with the Equal Employment Opportunity Commission, and Rarmlochan has filed this action within ninety (90) days of the receipt of the notice of right-to-sue.

4. The unlawful acts and practices of Railserve were committed within or upon the direction of its agents or by Railserve itself within the Commonwealth of Pennsylvania.

## III.   PARTIES

5. Ramlochan is a dark skinned adult male from Trinidad who currently resides in Delaware.

6. Railserve is a Delaware corporation with headquarters located in Atlanta, Georgia. Railserve is a leading provider of in-plant rail switching and associated services with over 65 locations in the United States and Canada and more than 1,000 employees. Railserve uses its own locomotives and employees to safely move railcars within industrial, manufacturing and production plants. Railserve also provides other services, including rail car loading, rail car unloading, track maintenance, inspection and repair.

7. During the time Ramlochan worked for Railserve, he worked at a Railserve facility in Eddystone, Delaware County, Pennsylvania.

8. Railserve is an employer within the meaning of Title VII and the PHRA.

## IV.   FACTS

9. Ramlochan began working for Railserve in approximately February 2014 as a crew leader at Railserve's Eddystone facility.

10. In June 2014, Railserve issued an employee warning notice to Ramlochan and suspended him for two days due to one of his crew member's failure to open a vent on a rail car.

2

11. Over the next several months, Railserve failed to similarly discipline white American born crew leaders Thomas Fuller (Fuller) and Larry Williams (Williams) for similar violations to the one Railserve disciplined and suspended Ramlochan for.

12. In approximately late July/early August 2014, Ramlochan complained to site leader Matthew Palmer (Palmer), white, that his June 2014 suspension was unfair and asked for it to rescinded. When Ramlochan complained to Palmer, he asked him 'what is it, my looks?'

13. Palmer later made a comment that 'they should have closed the doors long ago.' Ramlochan believed Palmer was referring to immigrants when he said this.

14. In approximately September 2014, Railserve issues site specific rules for the Eddystone facility.

15. Pursuant to Railserve's site specific rules, a crew leader or his designee will verify that every vent valve is completely open and oil is flowing before leaving the rack area.

16. On approximately November 8, 2014, Ramlochan designated one of his crew members to supervise offloading while he attended to an emergency at a different part of the facility. The crew member failed to open a valve, which resulted in a train not being fully drained.

17. On approximately November 9, 2014, Railserve suspended Ramlochan without pay for this incident.

18. On approximately November 12, 2014, Ramlochan prepared a written complaint to Tim Pullen (Pullen), white, Vice President of HR. In his complaint,

3

Ramlochan stated that he believed he was being singled out for unfair treatment based on his race, color and national origin. Ramlochan's counsel sent the complaint to Pullen.

19. After receiving Ramlochan's discrimination complaint, Pullen investigated what allegedly led to Ramlochan being suspended in early November 2014.

20. On December 3, 2014, Ramlochan's counsel sent Pullen a letter reiterating Ramlochan's belief that he was being treated differently due to discrimination.

21. On December 9, 2014, Railserve's outside counsel responded to Ramlochan's counsel by faxing and express mailing a letter to her. In his letter, Railserve's outside counsel stated that Railserve had completed its investigation and was going to communicate its final decision to Ramlochan when Railserve received Ramlochan's counsel's letter. Railserve's final decision was to terminate Ramlochan.

22. Railserve's counsel's letter included additional pretextual reasons attempting to bolster its allegedly legitimate reasons for terminating Ramlochan.

22. In addition to treating white male American born crew leaders Fuller and Williams better than Ramlochan for similar incidents, Railserve also treated white male American born crew leaders Tom Everly (Everly) and Bob Everett (Everett) better than Ramlochan for similar or more serious incidents to what Railserve claimed it disciplined and terminated Ramlochan for.

23. On a shift when Everly was the crew leader, a rail car was not completely unloaded and sent from the facility nearly full. Railserve did not suspend or terminate Everly for this incident.

24. On a shift when Everett was the crew leader, a gangway was left down and the train ripped it off. Railserve did not suspend or terminate Everett for this incident.

4

25. Ramlochan was disciplined because of his race/color/national origin/ethnicity and subsequently because of his race/color/national origin/ethnicity and/or because he complained about discrimination.

26. Ramlochan was terminated in retaliation for his complaints of discrimination and/or because of his race/color/national origin/ethnicity.

27. Railserve engaged in intentional discrimination and retaliation against Ramlochan with malice or reckless indifference to his rights under Title VII and Section 1981.

## V.   CLAIMS

### COUNT I – RACE/COLOR DISCRIMINATION
### TITLE VII, SECTION 1981 and THE PHRA

28. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

29. The acts, failures to act, practices and policies of Railserve set forth above constitute race/color discrimination in violation of Title VII, Section 1981 and the PHRA.

30. As a direct and proximate result of Railserve's illegal discriminatory conduct, Ramlochan has suffered harms and losses in the form of back pay and benefits, front pay and benefits and emotional distress including, but not limited to, anxiety, stress, humiliation and embarrassment.

WHEREFORE, Ramlochan respectfully demands judgment in his favor and against Railserve for compensatory damages for emotional distress, mental anguish, humiliation and embarrassment, back pay, reinstatement or front pay, lost benefits, negative tax consequence damages, punitive damages (under Title VII and Section 1981 only), attorney's fees plus costs, declaratory relief that the conduct engaged in by

5

Railserve violated Ramlochan's civil rights, and such other relief as the Court shall deem proper.

## COUNT II – NATIONAL ORIGIN/ETHNICITY DISCRIMINATION
### TITLE VII, SECTION 1981 and THE PHRA

31. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

32. The acts, failures to act, practices and policies of Railserve set forth above constitute national origin/ethnicity discrimination in violation of Title VII, Section 1981 and the PHRA.

33. As a direct and proximate result of Railserve's illegal discriminatory conduct, Ramlochan has suffered harms and losses in the form of back pay and benefits, front pay and benefits and emotional distress including, but not limited to, anxiety, stress, humiliation and embarrassment.

WHEREFORE, Ramlochan respectfully demands judgment in his favor and against Railserve for compensatory damages for emotional distress, mental anguish, humiliation and embarrassment, back pay, reinstatement or front pay, lost benefits, negative tax consequence damages, punitive damages (under Title VII and Section 1981 only), attorney's fees plus costs, declaratory relief that the conduct engaged in by Railserve violated Ramlochan's civil rights, and such other relief as the Court shall deem proper.

## COUNT III – RETALIATION
### TITLE VII, SECTION 1981 and THE PHRA

34. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

35.  The acts, failures to act, practices and policies of Railserve set forth above constitute retaliation in violation of Title VII, Section 1981 and the PHRA.

36.  As a direct and proximate result of Railserve's illegal retaliatory conduct, Ramlochan has suffered harms and losses in the form of back pay and benefits, front pay and benefits and emotional distress including, but not limited to, anxiety, stress, humiliation and embarrassment.

WHEREFORE, Ramlochan respectfully demands judgment in his favor and against Railserve for compensatory damages for emotional distress, mental anguish, humiliation and embarrassment, back pay, reinstatement or front pay, lost benefits, negative tax consequence damages, punitive damages (under Title VII and Section 1981 only), attorney's fees plus costs, declaratory relief that the conduct engaged in by Railserve violated Ramlochan's civil rights, and such other relief as the Court shall deem proper.

Respectfully submitted,

By:  SMP2861
Scott M. Pollins - Pa. Atty. Id. No. 76334
**Pollins Law**
800 Westdale Avenue
Swarthmore, PA 19081-2311
(610) 896-9909 (phone)
(610) 896-9910 (fax)
scott@pollinslaw.com (email)

Attorney for Plaintiff, Franklyn Ramlochan

Date:  8/28/17

7