FRANKLYN RAMLOCHAN                                    February 27, 2018

Page 1

```
 1            UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                       - - -

 3

 4   FRANKLYN RAMLOCHAN,      : CIVIL ACTION NO.
                              : 17-cv-3854
 5            Plaintiff,      :
                              :
 6   vs.                      :
                              :
 7   RAILSERVE, INC.,         :
                              :
 8            Defendant.      :
                       - - -
 9
              Philadelphia, Pennsylvania
10
                  February 27, 2018
11                     - - -

12

13           ORAL DEPOSITION of FRANKLYN

14   RAMLOCHAN, taken pursuant to notice, held at

15   Reilly, Janiczek & McDevitt, Henrich & Cholden,

16   P.C., One South Penn Square, 1339 Chestnut

17   Street, Suite 410, commencing at 9:01 a.m.,

18   before Stephanie Weldon, Court Reporter -

19   Notary Public there being present:

20

21

22                     - - -

23            U.S. LEGAL SUPPORT
         REGISTERED PROFESSIONAL REPORTERS
24        1818 MARKET STREET, SUITE 240
              PHILADELPHIA, PA 19103
25              (877) 479-2484
```

U.S. Legal Support, Inc.
(312) 236-8352

EXHIBIT A

FRANKLYN RAMLOCHAN                        February 27, 2018

Page 52

```
 1    on there, other, I don't know.  I don't
 2    consider myself, you know, a Caucasian.  Some
 3    people may consider me Black.  I really don't
 4    know.  So, if I were to fill out an
 5    application, I would put either other or Asian.
 6    Q.       Okay.  And I apologize in advance, but
 7    you said your parents were east Indian.  So,
 8    did they come from someplace else to Trinidad?
 9    A.       Yes.  From parents or grand parents, I
10    would go with grandparents, came from east
11    India to Trinidad.
12    Q.       Okay.  So, they originally came from
13    India to Trinidad?
14    A.       Yes.  I'm not sure which one, but
15    somebody.
16    Q.       Somebody, okay.  All right.  Let's talk
17    about Larry Williams for a minute.  Did he make
18    any derogatory comments about Mr. Santiful?
19    A.       I can't remember.
20    Q.       And did Larry Williams ever say
21    anything derogatory to you about you?
22    A.       No, not that I can remember.
23    Q.       All right.  You mentioned that there
24    was some sort of interaction with Mr. Palmer
25    where he said something about closing the door.
```

FRANKLYN RAMLOCHAN                                    February 27, 2018

Page 55

```
1    A.      Not sure.  I worked on two crews.  It
2    could either have been Ben MacCumbee or Allen
3    Reeves.  I think it was Ben, but I'm not sure.
4    Q.      And I take it that you thought that
5    Matt Palmer was talking about your immigration
6    status with this comment?
7    A.      Well, yes.  It's hard to imagine
8    otherwise.
9    Q.      To your knowledge, is either Ben
10   MacCumbee or Allen Reeves an immigrant?
11   A.      No, they're both American-born
12   Caucasian.
13   Q.      When Matt Palmer made that comment,
14   what, if anything, did you say in response?
15   A.      They can close the door, I'm already
16   here.
17   Q.      And what, if anything, did Matt Palmer
18   say in response to that?
19   A.      He just turned and walked away.
20   Q.      Did you complain about that statement
21   to anyone?
22   A.      No.
23   Q.      Was that the first time that Matt
24   Palmer had made a statement concerning your
25   immigration status?
```