IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLYN RAMLOCHAN                :        CIVIL ACTION
                                  :
                                  :
            v.                    :
                                  :
                                  :
RAILSERVE, INC.                   :        NO.17-3854


**O R D E R**

**AND NOW**, this 20th     day of November     , 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is


**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.


                        Kate Barkman
                        Clerk of Court


                        /s/ Kristin R. Makely
                    By: _____
                        Kristin R. Makely,
                        *Deputy Clerk*


Civ. 2 41.1(b) (3/18)